UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

URSULA BROWN,

Case No.      11-11155

Plaintiff,

v.                                    HONORABLE AVERN COHN

DELTA AIR LINES, INC.

Defendant.
_____/

## JUDGMENT

For the reasons stated in the Memorandum and Order entered on February 03,

2012, judgment is entered in favor of defendant and against plaintiff and the case is

DISMISSED.                                           DAVID WEAVER

Dated: February 3, 2012        By: s/Julie Owens_____

Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of
record on this date, February 3, 2012, by electronic and/or ordinary mail.

S/Julie Owens_____
Case Manager, (313) 234-5160