UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

URSULA BROWN,

          Plaintiff,

Case No.    11-11155

v.

HONORABLE AVERN COHN

DELTA AIR LINES, INC.

          Defendant.
_____/

## JUDGMENT

For the reasons stated in the Memorandum and Order entered on February 03, 2012, judgment is entered in favor of defendant and against plaintiff and the case is DISMISSED.

DAVID WEAVER

Dated: February 3, 2012    By: s/Julie Owens

          Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, February 3, 2012, by electronic and/or ordinary mail.

S/Julie Owens
Case Manager, (313) 234-5160